UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:25−cr−00056−HYJ

v.                                   Hon. Hala Y. Jarbou

KEON−TAVIN MCCOY,

        Defendant.
_____/

**ORDER**

    Defendant shall be transported by the U.S. Marshal to the designated place of psychological/psychiatric examination or hospitalization, FMC Butner, with arrival no later than ten days from the date of this order.

    IT IS SO ORDERED.

Dated: March 9, 2026                            /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           Chief United States District Judge